# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2015

*The Court of Appeals hereby passes the following order*

**A15D0245. CESARIO CASTREJON v. WELLS FARGO BANK, N.A..**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

114A09414



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, February 20, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*